MAX BECKER, as Assignee of JOSEPH A. BRODERICK, Superintendent of Banks of the State of New York, Appellant, *v.* BORIS STERN, Respondent.

Submitted May 15, 1944; decided May 25, 1944.

*Leo Wiener* and *Harry Salvan* for motion.

*Isidor Enselman* and *Harry G. Fromberg* opposed.

Motion dismissed, with ten dollars costs and necessary printing disbursements on the ground that the order does not finally determine the action within the meaning of the Constitution.